IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. ___19-MJ-37STE___ |
| | ) | |
| GARY L. JONES JR., | ) | Violation: 21 U.S.C. § 844 |
| | ) | |
| Defendant. | ) | |

INFORMATION

The United States charges:

On or about November 6, 2018, in Comanche County, in the Western District of Oklahoma,

-------------------------------------- GARY L. JONES JR., --------------------------------------

the defendant herein, knowingly and intentionally possessed a controlled substance without a valid prescription, to-wit: marijuana.

All in violation of Title 21, United States Code, Section 844.

ROBERT J. TROESTER
First Assistant U.S. Attorney

*/s/ Jessica L. Cárdenas*

JESSICA L. CÁRDENAS
Assistant U.S. Attorney